**\*E-Filed 9/29/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN A. BAIKEWICZ, | No. C 11-02952 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| GRAYBAR ELECTRIC COMPANY, INC., and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on September 29, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. <u>ALTERNATIVE DISPUTE RESOLUTION</u>.

<u>MEDIATION</u>. This matter is referred to mediation to be completed within 120 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the mediation.

2. <u>DISCOVERY</u>.

On or before March 29, 2012, all non-expert discovery shall be completed by the parties. Discovery shall limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. <u>EXPERT WITNESSES</u>. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before April 29, 2012, parties shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before May 19, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before June 19, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. <u>FURTHER CASE MANAGEMENT CONFERENCE</u>. A Further Case Management Conference shall be held on **March 29, 2012, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. <u>PRETRIAL MOTIONS</u>. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than **July 19, 2012**.

6. <u>PRETRIAL STATEMENTS</u>. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before August 30, 2012, counsel shall file a Joint Pretrial Statement.

7. <u>PRETRIAL CONFERENCE</u>. The final pretrial conference will be held on **September 13, 2012, at 10:00 a.m.**, in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

8. <u>TRIAL DATE</u>. Jury trial shall commence on **September 24, 2012, at 9:00 a.m.**, in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 9/29/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-02952 RS