| | |
|---|---|
| 1 | BRYAN J. McCORMACK (State Bar No. 192418) |
| | McCORMACK LAW FIRM |
| 2 | 150 Post Street, Suite 742 |
| | San Francisco, CA 94108 |
| 3 | Telephone: (415) 440-6662 |
| | Facsimile: (415) 776-5687 |
| 4 | Attorney for Plaintiff |
| | JOHN A. BAIKEWICZ |
| 5 | |
| 6 | IAN P. FELLERMAN (State Bar No. 119725) |
| | RICHARD M. SHIOHIRA (State Bar No. 240188) |
| 7 | WILEY PRICE & RADULOVICH, LLP |
| | 1301 Marina Village Parkway, Suite 310 |
| 8 | Alameda, California 94501 |
| | Telephone: (510) 337-2810 |
| 9 | Facsimile: (510) 337-2811 |
| | Attorneys for Defendant |
| 10 | GRAYBAR ELECTRIC COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BAIKEWICZ, | Case No.: CV-11-02952-RS |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF ACTION; AND [PROPOSED] ORDER |
| GRAYBAR ELECTRIC COMPANY, INC., and DOES 1 THROUGH 10, | |
| Defendants. | |

1     IT IS HEREBY STIPULATED and agreed by Plaintiff John Baikewicz and Defendant
2 Graybar Electric Company, Inc., through their respective counsel of record, that the Complaint in
3 this action shall be dismissed with prejudice, pursuant to the Settlement Agreement between the
4 parties.

Date: December 20, 2011                      McCORMACK LAW FIRM

By: /s/ Bryan J. McCormack
BRYAN J. McCORMACK
Attorney for Plaintiff
JOHN A. BAIKEWICZ

Date: December 20, 2011                      WILEY PRICE & RADULOVICH, LLP

By: /s/ Ian P. Fellerman
IAN P. FELLERMAN
RICHARD M. SHIOHIRA
Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC.

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice.

Date: 1/9/12

By: *[signature]*
RICHARD SEEBORG
United States District Judge