1  BRYAN J. McCORMACK (State Bar No. 192418)
   McCORMACK LAW FIRM
2  150 Post Street, Suite 742
   San Francisco, CA 94108
3  Telephone: (415) 440-6662
   Facsimile: (415) 776-5687
4  Attorney for Plaintiff
   JOHN A. BAIKEWICZ
5

6  IAN P. FELLERMAN (State Bar No. 119725)
   RICHARD M. SHIOHIRA (State Bar No. 240188)
7  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
8  Alameda, California 94501
   Telephone: (510) 337-2810
9  Facsimile: (510) 337-2811
   Attorneys for Defendant
10 GRAYBAR ELECTRIC COMPANY, INC.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 JOHN A. BAIKEWICZ,                    Case No.: CV-11-02952-RS

16              Plaintiff,

17        v.                              STIPULATION FOR DISMISSAL OF
                                          ACTION; AND [PROPOSED] ORDER
18 GRAYBAR ELECTRIC COMPANY, INC.,
   and DOES 1 THROUGH 10,
19
                Defendants.
20

IT IS HEREBY STIPULATED and agreed by Plaintiff John Baikewicz and Defendant Graybar Electric Company, Inc., through their respective counsel of record, that the Complaint in this action shall be dismissed with prejudice, pursuant to the Settlement Agreement between the parties.

Date: December 20, 2011

McCORMACK LAW FIRM

By: /s/ Bryan J. McCormack
BRYAN J. McCORMACK
Attorney for Plaintiff
JOHN A. BAIKEWICZ

Date: December 20, 2011

WILEY PRICE & RADULOVICH, LLP

By: /s/ Ian P. Fellerman
IAN P. FELLERMAN
RICHARD M. SHIOHIRA
Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC.

# ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's Complaint in this action is hereby dismissed with prejudice.

Date: 1/9/12

By: _____
RICHARD SEEBORG
United States District Judge